**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                              CASE NO.:   3:11cr96/MCR

TYREE DESMOND LINDSEY

_____/

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(c)(3), the plea of guilty of the defendant, Tyree Desmond Lindsey, to Counts I through IV of the indictment is hereby ACCEPTED.  All parties shall appear before this court for sentencing as directed.

**DONE and ORDERED** this 5th day of March, 2012

　　　　　　　　　　　　　　　　　　　　　s/ *M. Casey Rodgers*
　　　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE**